# United States District Court

<u>EASTERN DISTRICT OF CALIFORNIA</u>

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER OF DEFERRED ENTRY OF JUDGEMENT |
| V. | |
| Roy Jenkins | CASE NUMBER: 6:07-mj-00178-WMW |

Having met the conditions of supervision, the Court hereby discharges the defendant from supervision and dismisses those proceedings under which supervision has been ordered.

IT IS SO ORDERED.

Dated:   **November 19, 2007**          **/s/  William M. Wunderlich**
                                                     UNITED STATES MAGISTRATE JUDGE